JOSEPH G. CUSHMAN, Appellant, *v.* GEORGE D. COOK et al., Individually and as Copartners under the Firm Name of GEORGE D. COOK & COMPANY, Respondents.

*Cushman* v. *Cook*, 171 App. Div. 908, affirmed.

(Argued October 21, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1915, affirming a judgment in favor of defendants entered upon a verdict. Plaintiff contended that he was induced by the false and fraudulent representations of the defendants to purchase from them 250 shares of the preferred stock of the Cafetal Carlota Coffee Company for which he paid in all the sum of $25,000 and that the said stock was worthless at the time of the sale to the knowledge of the defendants.

*Stuart M. Kohn* for appellant.

*Robert B. Honeyman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.